MICHAEL BAILEY
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant United States Attorney
405 West Congress St.
Tucson, AZ 85701
Telephone: 520.620.7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

CR19-03125 TUC-RM(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
|---|---|
| Plaintiff, | |
| | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(a)(2) (False Statement in Acquisition of Firearm) Count 1 |
| | 18 U.S.C. § 922(n) and 18 U.S.C. § 924(a)(1)(D) (Illegal Receipt of Firearm by a Person Under Indictment Count 2, 4 and 5) |
| Michael Sherman Walker, III, | 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(a)(2) (False Statement in Attempted Acquisition of Firearm) Count 3 |
| Defendant. | |
| | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) Forfeiture Allegation |

THE GRAND JURY CHARGES:

## COUNT 1

On or about October 7, 2019 and continuing through October 11, 2019, in the District of Arizona, the defendant, MICHAEL SHERMAN WALKER, III, did in connection with the acquisition of a firearm, that is, a Springfield XDE, semiautomatic pistol, .45ACP, knowingly make a false statement and representation to BKM Guns Inc., doing business as Murphy's Guns & Gunsmithing, a licensed firearms dealer, with respect

to information material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives' form 4473, Firearms Transaction Record, affirming that he was not under indictment for a felony offense when, in truth and in fact, he was under indictment for a felony offense in case number CR20173416-001, in Arizona Superior Court, Pima County,

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

On or about October 11, 2019, in the District of Arizona, MICHAEL SHERMAN WALKER, III, knowing that he was under indictment for a crime punishable by imprisonment for a term exceeding one year, in case number CR20173416-001 in Arizona Superior Court, Pima County, did knowingly receive a firearm, that is, a Springfield XDE, semiautomatic pistol, .45ACP, said firearm having been shipped and transported in interstate and foreign commerce,

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## COUNT 3

On or about November 2, 2019, in the District of Arizona, the defendant, MICHAEL SHERMAN WALKER, III, did in connection with the acquisition of a firearm, that is, a Springfield XD, semiautomatic .40 caliber pistol, knowingly make a false statement and representation to Elite Guns & Ammo, a licensed firearms dealer, with respect to information material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives' form 4473, Firearms Transaction Record, affirming that he was not under indictment for a felony offense when, in truth and in fact, he was under indictment for a felony offense in case number CR20173416-001, in Arizona Superior Court, Pima County,

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 4

On or about November 3, 2019, at or near Tucson, in the District of Arizona, MICHAEL SHERMAN WALKER, III, knowing that he was under indictment for a crime punishable by imprisonment for a term exceeding one year, in case number CR20173416-001, in Arizona Superior Court, Pima County, did knowingly receive a firearm, that is, a Springfield XD, semiautomatic .40 caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce,

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## COUNT 5

On or about July 21, 2019, in the District of Arizona, MICHAEL SHERMAN WALKER, III, knowing that he was under indictment for a crime punishable by imprisonment for a term exceeding one year, in case number CR20173416-001, in Arizona Superior Court, Pima County, did knowingly receive a firearm, that is, a Beretta, Model 96G, .40 caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce,

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Five of this Indictment, the defendant, MICHAEL SHERMAN WALKER, III, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one Springfield XD, semiautomatic pistol, .45ACP, bearing serial number HEI09554; one Springfield XD, semiautomatic .40 caliber pistol, bearing serial number GM169068; and one Beretta Model 96G, .40 caliber pistol, bearing serial number BER281817.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred

or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: NOV 26 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/

Serra M. Tsethlikai
Assistant U.S. Attorney